| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jennie Lee Anderson | SBN: 203586<br>Andrus Anderson LLP<br>155 Montgomery St Ste 900   San Francisco, CA 941044115 | |
| TELEPHONE NO.: (415) 986-1400 | FAX NO. (415) 986-1474 | E-MAIL ADDRESS (Optional): Miguel.perez@andrusanderson.com | |
| ATTORNEY FOR (Name): Plaintiff: Tammy Rodriguez | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 450 GOLDEN GATE #1111
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT

| | |
|---|---|
| Hearing Date: | Room: |
| Hearing Time: | Dept: |

PLAINTIFF: Tammy Rodriguez

DEFENDANT: Meta Platforms, Inc., formerly known as Facebook, et al.

CASE NUMBER: 3:22-cv-00401

### PROOF OF SERVICE

Ref. No. or File No.: 1174-001

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Complaint; Civil Cover Sheet; Proposed Summons; Case Issued to Magistrate Judge; Summons Issued; Initial Case Management Scheduling Order; Plaintiff's Declination to Proceed Before Magistrate Judge; Clerk's Notice Re Pending Reassignment to District Judge; ECF Registration Information.**

PARTY SERVED: **Meta Platforms, Inc., formerly known as Facebook**

PERSON SERVED: **Jenn Bautista - Client service representative**

DATE & TIME OF DELIVERY: **1/26/2022
2:45 PM**

ADDRESS, CITY, AND STATE: **2710 Gateway Oaks Dr, Ste 150N
Sacramento, CA 95833**

PHYSICAL DESCRIPTION:
**Age: 36-40        Weight: 161-180 Lbs        Hair: Black
Sex: Female        Height: 5'1 - 5'6           Eyes: Brown
Skin: Asian        Marks:**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 35.00
   County:  Yuba
   Registration No.:  PS-047
   A2Z Attorney Service
   980 9th St, 16th Flr
   Sacramento, CA 95814
   (916) 436-5484
   Ref: 1174-001

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  January 26, 2022.



Signature: _____
              Krystalyn Souza

### PROOF OF SERVICE

Order#: 22715/General