| | |
|---|---|
| Jennie Lee Anderson (SBN 203586)<br>jennie@andrusanderson.com<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA  94104<br>Telephone:     (415) 986-1400<br>Facsimile:      (415) 986-1474<br><br>Matthew P. Bergman (*Pro Hac Vice*)<br>matt@socialmediavictims.org<br>Glenn Draper (*Pro Hac Vice*)<br>glenn@socialmediavictims.org<br>SOCIAL MEDIA VICTIMS LAW CENTER<br>821 Second Avenue, Suite 2100<br>Seattle, WA 98104<br>Ph: (206) 741-4862<br>Fax: (206) 957-9549<br><br>Laura Marquez-Garrett, SBN 221542<br>laura@socialmediavictims.org<br>1390 Market St, Suite 200<br>San Francisco, CA 94102<br>Ph: 206-294-1348 | Christopher A. Seeger (*Pro Hac Vice*)<br>cseeger@seegerweiss.com<br>Christopher Ayers (*Pro Hac Vice*)<br>cayers@seegerweiss.com<br>SEEGER WEISS LLP<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>Ph: 973-639-9100<br>Fax: 973-679-8656<br><br>Robert H. Klonoff (*Pro Hac Vice*)<br>klonoff@usa.net<br>2425 S.W. 76th Ave.<br>Portland, Oregon 97225<br>Ph: (503) 702-0218<br>Fax: (503) 768-6671<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMY RODRIGUEZ, individually and as the Personal Representative of the Estate of Selena Rodriguez,<br><br>     Plaintiff,<br> v.<br><br>META PLATFORMS, INC., formerly known as FACEBOOK, INC.; SNAP, INC.; TIKTOK, INC.; BYTEDANCE, INC.,<br><br>     Defendants. | Case No.     3:22-cv-0401-JD<br><br>NOTICE OF CHANGE OF ADDRESS |

NOTICE OF CHANGE OF ADDRESS - 1
3:22-cv-0401-JD

SOCIAL MEDIA VICTIMS
LAW CENTER PLLC
821 2ND AVENUE, SUITE 2100
SEATTLE, WA  98104

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT Laura Marquez-Garrett's contact information has

3 changed. All pleadings, notices, orders, correspondence, and other papers in connection with this

4 action shall be served upon her at the new address noted below:

5    Laura Marquez-Garrett
     1390 Market St, Suite 200
6    San Francisco, CA 94102

7

    DATED this 26th day of June, 2022.
8
                                By */s/ Laura Marquez-Garrett*
9                                   Laura Marquez-Garrett, SBN 221542

10                                  *Attorney for Plaintiff*

NOTICE OF CHANGE OF ADDRESS - 2
3:22-cv-0401-JD

SOCIAL MEDIA VICTIMS
LAW CENTER PLLC
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104