ROSEMARIE T. RING (Bar No. 220769)
  rring@gibsondunn.com
KRISTIN A. LINSLEY (Bar No. 154148)
  klinsley@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: +1 (415) 393-8200

LAURA K. O'BOYLE (*pro hac vice*)
  loboyle@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: +1 (212) 351-2304

JACOB T. SPENCER (*pro hac vice*)
  jspencer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: +1 (202) 887-3792

ASHLEY M. SIMONSEN (Bar No. 275203)
  asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 (424) 332-4800

PHYLLIS A. JONES (*pro hac vice*)
  pajones@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 10th Street NW
Washington, DC 20001
Telephone: +1 (202) 662-6000

ISAAC D. CHAPUT (Bar No. 326923)
  ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000

*Attorneys for Defendant Meta Platforms, Inc.*
*[Additional parties and counsel listed on signature pages]*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMY RODRIGUEZ, individually and as the Personal Representative of the Estate of Selena Rodriguez,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., formerly known as FACEBOOK, INC.; SNAP, INC.; TIKTOK INC.; and BYTEDANCE INC.,<br><br>Defendants. | Civil Case No.: 3:22-cv-00401-JD<br><br>**JOINT MOTION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>*[Declaration of Rosemarie T. Ring filed concurrently]*<br><br>Date Filed:  January 20, 2022<br>Judge:   Hon. James Donato<br>Trial Date:  Not set |

Pursuant to Civil Local Rules 6-2, 7-11, and 7-12, Plaintiff Tammy Rodriguez, individually and as the Personal Representative of the Estate of Selena Rodriguez ("Plaintiff"), Defendant Meta Platforms, Inc. ("Meta"), Defendant Snap Inc. ("Snap"), Defendant TikTok Inc. ("TikTok"), and Defendant ByteDance Inc. ("ByteDance") hereby stipulate and jointly move to adjourn the initial Case Management Conference as follows:

WHEREAS, on January 20, 2022, Plaintiff filed the original Complaint in this action against Defendants Meta and Snap. ECF No. 1.

WHEREAS, on January 27, 2022, the Court scheduled the initial Case Management Conference for April 28, 2022. ECF No. 9.

WHEREAS, on February 16, 2022, Plaintiff filed an Amended Complaint, adding a fifth cause of action against Meta and Snap and adding TikTok and ByteDance as Defendants. ECF No. 21.

WHEREAS, on April 21, 2022, the Court continued the initial Case Management Conference to May 5, 2022. ECF No. 62.

WHEREAS, on May 2, 2022, the Court vacated the initial Case Management Conference pending further order. ECF No. 65.

WHEREAS, on May 5, 2022, Plaintiff filed a Second Amended Complaint against all Defendants. ECF No. 67.

WHEREAS, on May 25, 2022, the Court entered an Order that, *inter alia*, set the initial Case Management Conference for August 11, 2022. ECF No. 68.

WHEREAS, on June 24, 2022, Defendants each filed motions to dismiss the Second Amended Complaint. ECF Nos. 83–85.

WHEREAS, on July 11, 2022, the Court entered an Order directing Defendants to file by July 25, 2022, a single joint motion to dismiss and further directing that Plaintiff's opposition brief be filed by August 12, 2022, and that Defendants reply brief be filed by September 2, 2022. ECF. No. 89.

WHEREAS, on July 25, 2022, Plaintiffs filed a Notice of Related Cases and Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12.  ECF No. 93.[1]

WHEREAS, on July 25, 2022, Defendants filed a Joint Motion to Dismiss the Second Amended Complaint.  ECF No. 94.

WHEREAS, a hearing on Defendants' Joint Motion to Dismiss the Second Amended Complaint has been noticed for October 13, 2022.

WHEREAS, after conferring in good faith, Plaintiff and Defendants believe it will promote judicial efficiency for the initial Case Management Conference currently scheduled for August 11, 2022, to be adjourned until October 13, 2022, the date noticed for hearing on Defendants' motion to dismiss.  *See* Declaration of Rosemarie T. Ring ¶¶ 3–4.

WHEREAS, briefly adjourning the initial Case Management Conference will not prejudice any party or disturb any other deadline already fixed by Court order.  *See id.* ¶ 5.

THEREFORE, the parties hereby stipulate and jointly move for the an adjournment of the initial Case Management Conference from August 11, 2022, to October 13, 2022.

DATED:  July 28, 2022

GIBSON DUNN & CRUTCHER LLP

By:   */s/ Rosemarie T. Ring*
          Rosemarie T. Ring

*Attorneys for Defendant Meta Platforms, Inc.*

---

[1] Plaintiff's notice identified the following actions: *Spence v. Meta Platforms, Inc.*, Case No. 3:22-cv-03294 (N.D. Cal.); *Heffner v. Meta Platforms, Inc.*, Case No. 3:22-cv-03849 (N.D. Cal.); *Aranda v. Meta Platforms, Inc.*, Case No. 3:22-cv-4209 (N.D. Cal.); *Roberts v. Meta Platforms, Inc.*, Case No. 3:22-cv-4210 (N.D. Cal.); *Martin v. Meta Platforms, Inc.*, Case No. 3:22-cv-4286 (N.D. Cal.); *Wuest v. Meta Platforms, Inc.*, Case No. 3:22-cv-4283 (N.D. Cal.); and *Seekford v. Meta Platforms, Inc.*, Case No. 4:22-cv-03883 (N.D. Cal.).

| | | |
|---|---|---|
| 1 | DATED: July 28, 2022 | MUNGER, TOLLES & OLSON LLP |

By:      */s/ Jonathan H. Blavin*
Jonathan H. Blavin
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: 415-512-4000 x4011
jonathan.blavin@mto.com

*Attorneys for Defendant Snap Inc.*

DATED: July 28, 2022      KING & SPALDING LLP

By:      */s/ Albert Q. Giang*
Albert Q. Giang
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213.443.4310
agiang@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

DATED: July 28, 2022      SOCIAL MEDIA VICTIMS LAW CENTER PLLC

By:      */s/ Matthew P. Bergman*
Matthew P. Berman
SOCIAL MEDIA VICTIMS LAW CENTER
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 741-4862
matt@socialmediavictims.org

*Attorneys for Plaintiff*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Hon. James Donato
United States District Judge

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I, Rosemarie T. Ring, attest that concurrence in the filing of the document has been obtained from each of the other signatories listed above.

DATED: July 28, 2022

GIBSON DUNN & CRUTCHER LLP

By:    */s/ Rosemarie T. Ring*
      Rosemarie T. Ring

*Attorneys for Defendant Meta Platforms, Inc.*