| | |
|---|---|
| ROSEMARIE T. RING (Bar No. 220769)<br>  rring@gibsondunn.com<br>KRISTIN A. LINSLEY (Bar No. 154148)<br>  klinsley@gibsondunn.com<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105<br>Telephone:  +1 (415) 393-8200<br><br>LAURA K. O'BOYLE (*pro hac vice*)<br>  loboyle@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: +1 (212) 351-2304<br><br>JACOB T. SPENCER (*pro hac vice*)<br>  jspencer@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036<br>Telephone: +1 (202) 887-3792 | ASHLEY M. SIMONSEN (Bar No. 275203)<br>  asimonsen@cov.com<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067-4643<br>Telephone: +1 (424) 332-4800<br><br>PHYLLIS A. JONES (*pro hac vice*)<br>  pajones@cov.com<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 10th Street NW<br>Washington, DC 20001<br>Telephone:  +1 (202) 662-6000<br><br>ISAAC D. CHAPUT (Bar No. 326923)<br>  ichaput@cov.com<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>Telephone: + 1 (415) 591-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*
*[Additional parties and counsel listed*
*on signature pages]*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAMMY RODRIGUEZ, individually and as the Personal Representative of the Estate of Selena Rodriguez,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC., formerly known as FACEBOOK, INC.; SNAP, INC.; TIKTOK INC.; and BYTEDANCE INC.,<br><br>    Defendants. | Civil Case No.: 3:22-cv-00401-JD<br><br>**DECLARATION OF ROSEMARIE T. RING IN SUPPORT OF JOINT MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>*[Joint Motion for Administrative Relief and [Proposed] Order filed concurrently]*<br><br>Date Filed:   January 20, 2022<br>Judge:         Hon. James Donato<br>Trial Date:   Not set |

# DECLARATION OF ROSEMARIE T. RING

I, Rosemarie T. Ring, declare as follows:

1. I am a partner with the law firm Gibson, Dunn & Crutcher LLP and am counsel for Defendant Meta Platforms, Inc. ("Meta") in this matter.

2. On January 27, 2022, the Court scheduled the initial Case Management Conference for April 28, 2022. ECF No. 9. On April 21, 2022, the Court continued the initial Case Management Conference to May 5, 2022. ECF No. 62. On May 2, 2022, the Court vacated the initial Case Management Conference pending further order. ECF No. 65. On May 25, 2022, the Court entered an Order that, *inter alia*, set the initial Case Management Conference for August 11, 2022. ECF No. 68.

3. Counsel for Plaintiff Tammy Rodriguez, individually and as the Personal Representative of the Estate of Selena Rodriguez ("Plaintiff"), Meta, Defendant Snap Inc. ("Snap"), Defendant TikTok Inc. ("TikTok"), and Defendant ByteDance Inc. ("ByteDance") have conferred regarding an adjournment of the initial Case Management Conference.

4. Plaintiff and Defendants believe it will promote judicial efficiency for the initial Case Management Conference to be adjourned from August 11, 2022, until October 13, 2022, the date noticed for hearing on Defendants' Joint Motion to Dismiss the Second Amended Complaint. ECF No. 94. That motion has not yet been fully briefed: pursuant to the Court's July 11, 2022 order, ECF No. 89, Defendants filed a joint motion to dismiss on July 25, 2022, Plaintiff's opposition brief will be filed by August 12, 2022 and Defendants reply brief will be filed by September 2, 2022.

5. The parties agree that briefly adjourning the initial Case Management Conference until the date noticed for hearing on Defendants' Motion to Dismiss will not prejudice any party or disturb any other deadline already fixed by Court order.

1 | I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this declaration on July 28, 2022, at San Francisco, California.

                                                                                     */s/ Rosemarie T. Ring*
                                                                                      Rosemarie T. Ring